USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
MATTHEW MCDERMOTT,   :   23-CV-05869 (PAE) (RWL)
  :
                    Plaintiff,   :   **ORDER**
  :
    - against -   :
THIS DOG'S LIFE CORP.,   :
  :
                    Defendant.   :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the discovery conference held on October 3, 2024: Plaintiff shall amend his response to Interrogatories (i) No. 2 to explain the basis by which the $8,565.00 figure was determined, with reference to any specific agreements or documents relied upon; (ii) No. 4 to provide the specific day and month in addition to the year of alleged first discovery; (iii) No. 6 to identify (and produce) any engagement agreement(s) with the Liebowitz Firm; (iv) No. 7 in the event there is any additional responsive information. During the conference, Plaintiff made representations confirming Plaintiff's compliance with certain discovery obligations, including, but not limited to, having produced documents within not just his possession, but also his custody and control as well as documents in custody of his attorney; and having conducted an email search using the search terms agreed upon by the parties.

    The Clerk of Court is directed to terminate the letter motion at Dkt. 45.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

2