UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW MCDERMOTT,

                                      Plaintiff,

-v-

THIS DOG'S LIFE CORP.,

                                    Defendant.

23 Civ. 5869 (PAE)

ORDER TO STRIKE

---

PAUL A. ENGELMAYER, District Judge:

On October 17, 2024, the Court issued an order directing defendant This Dog's Life Corp. to file a response to plaintiff Matthew McDermott's second letter motion requesting a pre-motion conference or leave to file a partial motion for summary judgment. Dkt. 58. On the same day, however, defendant filed a response. Dkt. 57. Accordingly, no further compliance is needed with the order filed as Docket 58.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated: October 18, 2024
          New York, New York