```
                                                        ┌─────────────────────────────────┐
                                                        │ USDC SDNY                       │
                                                        │ DOCUMENT                        │
                                                        │ ELECTRONICALLY FILED            │
UNITED STATES DISTRICT COURT                            │ DOC #:_____ │
SOUTHERN DISTRICT OF NEW YORK                           │ DATE FILED: 11/05/2024          │
------------------------------------------------X       └─────────────────────────────────┘
                                                :
MATTHEW MCDERMOTT,                              :       23-CV-05869 (PAE) (RWL)
                                                :
                      Plaintiff,                :              ORDER
                                                :
              - against -                       :
                                                :
THIS DOG'S LIFE CORP.,                          :
                                                :
                      Defendant.                :
------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Defendant's motion to compel non-party Polaris Images Corp. ("Polaris") filed on October 21, 2024. The Court also has received the October 31, 2024, email exchange between Defendant's counsel and Mr. Pappis regarding the subpoena. Based on the papers filed by Defendant, the official address for Polaris is 259 West 30th St, 14th Fl, New York, NY, thus making this Court the court of compliance under Fed. R. Civ. P. 45.

Under the Federal Rules of Civil Procedure, a corporate entity such as Polaris may appear in court only through representation by an attorney. A corporate entity may not appear "pro se," without representation. Accordingly, if Polaris wishes to be heard in regard to the subpoena and motion to compel, it **must appear by counsel by November 19, 2024**. Failure to appear may result in grant of the motion to compel for that reason alone.

1

Defendant's counsel is directed to serve a copy of this order on Polaris by email to Mr. Pappis and overnight mail by November 7, 2024, and to file proof of service of same by November 11, 2024.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

2