```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                          :

MATTHEW MCDERMOTT,               :         23-CV-05869 (PAE) (RWL)
                                            :
                 Plaintiff,         :               **ORDER**
                                            :
                 - against -           :
                                            :

THIS DOG'S LIFE CORP.,           :
                                            :
                 Defendant.      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the issues raised by Defendant at Dkt. 71. Having considered the parties' respective positions (*see* Dkts. 71 and 73), the letter motion is granted in part and denied in part as follows:

      1.      With respect to Request for Production No. 18, Plaintiff shall produce any communications between Plaintiff or Plaintiff's counsel and Polaris. To the extent Plaintiff asserts privilege or other protection over any of those communications, Plaintiff shall produce a privilege log.

      2.      With respect to Request for Production No. 19 and Interrogatory 16, Plaintiff's counsel has represented, that Plaintiff's responses to these requests have not withheld documents or information solely within the knowledge of his attorneys. The issue is therefore moot, and Plaintiff need not do anything further to supplement his responses to these requests.

      3.      The deadline for fact discovery is extended for 30 days to February 12, 2024.

1

The Court encourages the parties to continue their efforts to settle this case without further expense and litigation and is available to assist should the parties deem it useful.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 71.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2024
       New York, New York

Copies transmitted this date to all counsel of record.