```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MATTHEW MCDERMOTT,                              :      23-CV-05869 (PAE) (RWL)
:
              Plaintiff,         :
:               **ORDER**
    - against -                                :
:
THIS DOG'S LIFE CORP.,                          :
:
              Defendant.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendant's request that outstanding discovery from non-party Polaris be allowed to continue beyond the current fact discovery cut-off is granted. (*See* Dkt. 80 at 2.)

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2025
       New York, New York

Copies transmitted this date to all counsel of record.