UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCDERMOTT,

                      Plaintiff,

          -v-

THIS DOG'S LIFE CORP.,

                    Defendant.

23 Civ. 5869 (PAE) (RWL)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On January 16, 2026, this Court granted plaintiff Matthew McDermott's motion for partial summary judgment to the extent he has established, as a matter of law, that defendant This Dog's Life Corp. ("This Dog") infringed his copyright in the photograph. Dkt. 112 at 6. The Court left for resolution at trial This Dog's statute-of-limitations defense, to the extent based on constructive notice. On February 10, 2026, the parties submitted a status update, proposing any pre-trial materials be submitted by no later than April 13, 2026. Dkt. 114.

- The parties' pretrial materials as required by the Court's Individual Rules 5(A)–(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed *voir dire*, and motions *in limine* are due by **March 23, 2026**. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.

- The next conference in this case is scheduled for **March 30, 2026** at **3:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date:   February 11, 2026
        New York, New York

2